CENTRAL OF GEORGIA RAILWAY COMPANY *v.* DICH.

EVANS, J. The only eye-witnesses to the killing of the horse were the servants of the railroad company. Their testimony was consistent, and demonstrated that by the exercise of ordinary care the killing of the horse could not have been averted. There was no evidence that their testimony was untrue. The presumption against the railroad company, arising from proof of the killing, was successfully overcome. The court erred in refusing to grant a new trial.  *Judgment reversed. All the Justices concur.*

Argued October 7,—Decided October 15, 1904.

Action for damages. Before Judge Norwood. City court of Savannah. June 25, 1904.

*Lawton & Cunningham,* for plaintiff in error.
*Robert L. Colding,* contra.